**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 09-cv-262 (PAM/JSM)**

Samirya Strong,

        Plaintiff,                                         **ORDER**

-vs-

Sprint PCS,

        Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY. THE CASE IS NOW CLOSED.**

                                          **BY THE COURT**

Dated: July 23, 2009         s/Paul A. Magnuson
                                      The Honorable Paul Magnuson
                                      Judge of United States District Court